IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00090-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WINFRED MITCHELL GREEN,

    Defendant.

_____

**ORDER**
_____

    The Court makes the following findings regarding the matter of release pending sentencing. As part of his change of plea in this case, the defendant pled guilty to an offense described in 18 U.S.C. § 3142(f)(1)(C) and is now awaiting sentencing on October 28, 2011. The Court finds that there is not a substantial likelihood that a motion for acquittal or a new trial will be filed or granted. Moreover, the assigned Assistant United States Attorney will be recommending a term of imprisonment. As a result, neither subparagraph A(i) nor A(ii) of 18 U.S.C. § 3143(a)(2) has been satisfied and therefore the defendant was remanded following his change of plea.

    DATED July 22, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge