# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 16, 2012 |
| Court Reporter: Janet Coppock | Time: one hour and 2 minutes |
| Probation Officer: Gary Kruck | Interpreter: n/a |

**CASE NO.  11-CR-00090-PAB**

<u>Parties</u>                                                                            <u>Counsel</u>

**UNITED STATES OF AMERICA,**                              James Boma

         Plaintiff,

vs.

**WINFRED MITCHELL GREEN,**                                Mark Rubinstein

         Defendant.

## SENTENCING

**2:39 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00090-PAB
February 16, 2012

**ORDERED:** Presentence Investigation Report shall be amended at paragraph 70 to reflect the defendant does have an alcohol problem.

Court will hear argument on defendant's objections to the Presentence Investigation Report.

**2:47 p.m.**   Direct examination of defendant's witness Roland Martin by Mr. Rubinstein.

**2:51 p.m.**   Cross examination by Mr. Boma.

**2:52 p.m.**   Questions to the witness by the Court.

**2:54 p.m.**   Further cross examination by Mr. Boma.

Witness excused.

**2:55 p.m.**   Argument by Mr. Boma.

**3:00 p.m.**   Argument by Mr. Rubinstein.

Court states its findings.

**ORDERED:** Defendant's objections to the Presentence Investigation Report are **OVERRULED.**

Argument by Mr. Boma in support of the Government's Motion for Sentencing Reduction Under the Provisions of § 5K1.1, U.S. Sentencing Guidelines (Doc #54).

**ORDERED:** Government's Motion for Sentencing Reduction Under the Provisions of § 5K1.1, U.S. Sentencing Guidelines (Doc #54) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **July 8, 2011** to count **One of the Information** and counts **Two and Three of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Page Three
11-CR-00090-PAB
February 16, 2012

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **81** months as to count One of the Information and counts Two and Three of the Indictment, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado with a substance abuse program and that the defendant take advantage of that program.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years as to count One of the Information and Two of the Indictment and **3** years as to Count Three of the Indictment, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for (drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Page Four
11-CR-00090-PAB
February 16, 2012

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss With Prejudice Count One of the Indictment (Doc #53), is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:41 p.m.**     **COURT IN RECESS**

**Total in court time:**     **62 minutes**

**Hearing concluded**