IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00413-PAB
Criminal Case No. 11-cr-00090-PAB

UNITED STATES OF AMERICA,

v.

WINFRED MITCHELL GREEN,

    Movant.

---

**ORDER**

---

This matter comes before the Court on defendant Winfred M. Green's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2), and United States Sentencing Guidelines § 1B1.10 [Docket No. 94].  Mr. Green asks the Court to reduce his sentence based upon a proposed amendment to § 2D1.1 of the United States Sentencing Commission Guidelines.  The amendment to § 2D1.1 is scheduled to go into effect on November 1, 2014.  However, until such amendment goes into effect, the Court has no authority to reduce Mr. Green's sentence.  Wherefore, it is

ORDERED that the Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2), and United States Sentencing Guidelines § 1B1.10 [Docket No. 94] is denied without prejudice as premature.

DATED August 7, 2014.

            BY THE COURT:

             s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge