IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00090-PAB
Civil Action No. 13-cv-00416-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

WINFRED MITCHELL GREEN,

    Defendant-Movant.

## FINAL JUDGMENT

In accordance with the Amended Order Denying 28 U.S.C. § 2255 Motion [Docket No. 100] entered by United States District Judge Philip A. Brimmer on November 17, 2014, the following Judgment is hereby entered. It is

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 80] is denied. It is further

ORDERED that pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is denied. It is further

ORDERED that Civil Action No. 13-cv-00416-PAB is terminated.

Dated at Denver, Colorado this 18th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. García Gallegos
      Deputy Clerk